UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WALTER R. COX, SR. (#514283)

VERSUS

CIVIL ACTION NO.: 07-768-JVP-DLD

STATE OF LOUISIANA, ET AL

## RULING ON MOTION TO DISMISS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 12, 2008 (doc. 14).  Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion to dismiss (doc. 11) shall be **GRANTED** and the claims against them shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  Further, the claims against the State of Louisiana and Governor Kathleen Blanco shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 1, 2008.

*[signature]*
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA